AO 91 (Rev. 11/11)   Criminal Complaint

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*April 24, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| v. | ) | |
| Louis Nichols Delaune | ) | Case No. |
| | ) | |
| | ) | **4:26-mj-270** |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 1, 2026 - April 17, 2026___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See attached Affidavit in support of the Criminal Complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Mark A. Winters
*Printed name and title*

Sworn to before me and signed by telephone

Date:  ___04/24/2026___

_____
*Judge's signature*

City and state:  ___Houston, TX___

US Magistrate Judge Yvonne Y. Ho
*Printed name and title*