United States District Court
Southern District of Texas
**ENTERED**
April 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26−mj−00270 *SEALED* |
| | § | |
| | § | |
| Louis Nichols Delaune | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Louis Nichols Delaune, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Federal Public Defender**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on April 24, 2026.

_____
Yvonne Y. Ho
United States Magistrate Judge