**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.

LOUIS NICHOLS DELAUNE
Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

CRIM. No. 4:26-MJ-270

**MOTION TO UNSEAL COMPLAINT**

**COMES NOW** the United States of America through John G.E. Marck, Acting United States Attorney, and Luis Batarse, Assistant United States Attorney, and requests the Court unseal the criminal case in the above listed criminal number, yet allow the affidavit, motion to seal and order to seal to remain under seal pursuant to the order to seal signed April 24, 2026.

1.      **THE UNITED STATES REQUESTS** the Court unseal the Complaint against the above named defendants.

2.      **THE UNITED STATES REQUESTS**, however, that the Court keep sealed the corresponding affidavit in support of the Complaint, motion to seal and order to seal.

**WHEREFORE**, the United States respectfully requests this Court permit disclosure consistent with the above requests.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By:     *Luis Batarse*
Luis Batarse
Assistant United States Attorney

criminal\kelley, etal\motion to seal