**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIM. 4:26-MJ-270 |
| | § § | |
| v. | § § | |
| | § § | |
| LOUIS NICHOLS DELAUNE | § § | |
| Defendants. | § | |

## **ORDER TO UNSEAL**

**IT IS ORDERED** that the Complaint against the above-named defendant shall be unsealed.

**IT IS FURTHER ORDERED** that the corresponding affidavit in support of the Complaint, motion to seal and order to seal shall remain sealed by the District Clerk pursuant to the order to seal signed April 24, 2026.

*SIGNED* at Houston, Texas, on the 13th day of May, 2026.

_____
HONORABLE CHRISTINA A. BRYAN
United States Magistrate Judge

criminal\kelley, etal\motion to seal