United States Courts
Southern District of Texas
FILED

*May 20, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **vs.** | § | **CRIMINAL NO.** **4:26-cr-301** |
| | § § | |
| **LOUIS NICHOLS DELAUNE** | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1.      The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2.      The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(8)(A), as:

> "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -
>
> (A)      the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct."

3.      The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2)(A), as any:

> "actual or simulated -
> (i)      sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]
> (ii)      bestiality; [or]
> (iii)      masturbation; [or]
> (iv)      sadistic or masochistic abuse; or
> (v)      [the] lascivious exhibition of the anus, genitals or pubic area of any person."

4.      The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and 1030(e)(1), as any:

1

"electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5. The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(3) and case law, as:

"producing, directing, manufacturing, issuing, publishing or advertising" and includes downloading or copying visual depictions from another source.

6. The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section 2256(5), as including, but is not limited to, any:

"undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## COUNT ONE
### (Stalking)

On or about October 28, 2025, and continuing through April 22, 2026, within the Southern District of Texas and elsewhere,

**LOUIS NICHOLS DELAUNE,**

defendant herein, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, did use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, an intimate partner of that person, and an immediate family member to that person, to wit: DELAUNE used interstate facilities, namely the Internet, the mail and telephonic services, to communicate and send harassing and threatening messages to Victim-1,

2

her intimate partner, and an immediate family member, causing substantial emotional distress to Victim-1, her intimate partner, and an immediate family member.

**In violation of Title 18, United States Code, Section 2261A(2)(B).**

## <u>COUNT TWO</u>
### (Possession of Child Pornography)

On or about April 23, 2026, within the Southern District of Texas,

**LOUIS NICHOLS DELAUNE,**

defendant herein, did knowingly possess material that contained an image of child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, and which were produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, more specifically: the defendant possessed an Apple iPhone 12 Mini, bearing IMEI: 353003113321076 and serial number F4GDHP6E0GRD; an Apple iPhone 11 bearing IMEI 350168834157357 and serial number DX3M61BAN72K; an Apple iPhone labeled "Lou's DesktopiPhone" bearing IMEI 352004069550586 and serial number DNPN428UFF9Y, which contained still images and videos of child pornography.

**In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

**NOTICE OF FORFEITURE**
**18 U.S.C. § 2253(a)**

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count Two of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count Two; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count Two or any property traceable to such property, including, but not limited to, the following:

1. An Apple iPhone 12 Mini, bearing IMEI: 353003113321076 and serial number F4GDHP6E0GRD.
2. An Apple iPhone 11 bearing IMEI 350168834157357 and serial number DX3M61BAN72K.
3. An Apple iPhone labeled "Lou's DesktopiPhone" bearing IMEI 352004069550586 and serial number DNPN428UFF9Y.

A True Bill:

ORIGINAL SIGNATURE ON FILE

_____
Grand Jury Foreperson

JOHN G.E. MARCK
Acting United States Attorney

By: _____*Luis Batarse*_____
Luis Batarse
Assistant United States Attorney
713-567-9000

4
