# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:26-cr-301**

USAO#: 2026R07450

United States Courts
Southern District of Texas

CRIMINAL INDICTMENT

Filed: FILED          Judge: Ganjei

*May 20, 2026*

UNITED STATES of AMERICA
vs.

Nathan Ochsner, Clerk of Court
ATTORNEYS:

| | |
|---|---|
| JOHN G.E. MARCK, ACTING USA | (713) 567-9000 |
| LUIS BATARSE, AUSA | (713) 567-9000 |

| | Appt'd | Private |
|---|---|---|
| LOUIS NICHOLS DELAUNE (Cts.1, 2) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1: Stalking [18 U.S.C. § 2261A(2)(B)]
Ct. 2: Possession of Child Pornography [18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)]

Charges Total Counts (2)

**PENALTY:**
Ct. 1: Up to 5 years in prison, up to $250,000 fine, not more than 3 years TSR, and $100 special assessment.
Ct. 2: 0-10 years in prison and up to $250,000 fine, at least 5 years up to any term of years or lifetime TSR, and mandatory restitution of at least $3,000 per victim. $100 special assessment; a $5,000 special assessment under the Justice for Victims Trafficking Act of 2015; up to $17,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 (AVAA).

☑ In Jail    LOUIS NICHOLS DELAUNE

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS: