**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.** **4:26-cr-301** |
| | § | |
| **LOUIS NICHOLS DELAUNE** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER FOR ISSUANCE OF NOTICE

A Criminal Indictment has been filed against the defendant who is

☐Released on Condition    ☐Detained    ☑In Custody

It is ORDERED that a notice be issued for the appearance of said defendant

on June 2, 2026 at  2:00 PM.


SIGNED at Houston, Texas, on <u>May 20, 2026.</u>


_____
UNITED STATES MAGISTRATE JUDGE