# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**United States of America**

§
§
§
§

*versus*

§
§  **Criminal No.  4:26-cr-301**
§
§
§

**Louis Nichols Delaune**

§

## STATEMENT OF CASE REVIEW

Pursuant to the Clerk's Notice Regarding Statement of Case Review, the United States of America, through the undersigned Assistant United States Attorney, files this Statement of Case Review and states, to the best of the undersigned's knowledge, as follows:

☒The above-captioned matter **WAS** charged, litigated, considered, or investigated by the United States Attorney's Office for the Southern District of Texas at any time from January 2025 through March 2026

☐The above-captioned matter **WAS NOT** charged, litigated, considered, or investigated by the United States Attorney's Office for the Southern District of Texas at any time from January 2025 through March 2026.

Respectfully submitted,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

By: *Luis Batarse*
Luis Batarse
Assistant United States Attorney