United States District Court
Southern District of Texas

**ENTERED**

May 27, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal No. 4:26-cr-301 |
| | § | |
| Louis Nichols Delaune | § | |
| | § | |
| Defendant. | § | |

## ORDER OF RECUSAL

I stand recused in this case.

**SIGNED** at Houston, Texas, on the 27th of May, 2026.

_____
Nicholas J. Ganjei
United States District Judge