**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:26–cr–00301 |
| | § | |
| | § | |
| Louis Nichols Delaune | § | |

# Notice of Reassignment

This case is reassigned to Judge Alfred H Bennett.

Date: May 28, 2026

Nathan Ochsner, Clerk
